UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NICOLE HINSON, Individually and as Next Friend of CAYDEN HINSON, a Minor; and CAMERON HINSON,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>Defendant. | §<br>§<br>§<br>§<br>§  Case No. 2:14-CV-294-JRG-RSP<br>§<br>§<br>§<br>§ |

## JOINT MOTION TO STAY ALL DEADLINES and NOTICE OF SETTLEMENT

The Parties file this Joint Motion to Stay All Deadlines and Notice of Settlement in accordance with the Court's Standing Order Regarding Proper Notification of Settlement to the Court.

The parties hereby state that all matters in controversy have been settled, in principle, and the parties request the Court stay all unreached deadlines for a period of thirty (30) days to allow the parties to submit dismissal papers.

                                                            Respectfully submitted,

                                                            /s/ Jeffrey T. Embry
                                                            Jeffrey T. Embry
                                                            State Bar No. 24002052
                                                            George Cowden IV
                                                            State Bar No. 24071492
                                                            Hossley & Embry, LLP
                                                            320 S. Broadway, Ste. 100
                                                            Tyler, Texas 75702
                                                            (903) 526-1772
                                                            (903) 526-1773 Fax
                                                            jeff@hossleyembry.com

ATTORNEYS FOR PLAINTIFF

*And*

**EDWARD L. MERRITT**
TBA #13967400
Attorney-in-Charge
emerritt@harbourlaw.com
JESSICA MERRITT LaRUE
TBA # 24076019
jlarue@harbourlaw.com
**HARBOUR, SMITH, HARRIS & MERRITT**
404 N. GREEN STREET
P. O. DRAWER 2072
LONGVIEW, TEXAS 75606
TELEPHONE: (903) 757-4001